914

No. 5707. Spigner *v.* California. Sup. Ct. Cal. Certiorari denied.

No. 5742. Hernley et al. *v.* Pennsylvania. Sup. Ct. Pa. Certiorari denied.

No. 5794. Megliorino *v.* Nelson, Warden. C. A. 9th Cir. Certiorari denied.

No. 5808. Cadogan *v.* LaVallee, Warden. C. A. 2d Cir. Certiorari denied.

No. 5817. Huff *v.* Illinois. Sup. Ct. Ill. Certiorari denied.

No. 5823. Douglas *v.* Louisiana et al. Sup. Ct. La. Certiorari denied.

No. 5838. Garcia *v.* California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 5844. Musil *v.* Pate, Warden. C. A. 7th Cir. Certiorari denied.

No. 5866. Carter et al. *v.* California et al. Sup. Ct. Cal. Certiorari denied.

No. 5868. Joseph *v.* Louisiana. Sup. Ct. La. Certiorari denied.

No. 5872. Harrell *v.* California. Sup. Ct. Cal. Certiorari denied.

No. 5873. Vaughn et al. *v.* North Carolina. C. A. 4th Cir. Certiorari denied.